IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEUROGRAFIX, a California corporation; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., a California corporation; and IMAGE-BASED SURGICENTER CORPORATION, a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> PHILIPS ELECTRONICS NORTH AMERICA CORPORATION d/b/a PHILIPS MEDICAL SYSTEMS NORTH AMERICA, a Delaware Corporation; INVIVO CORPORATION, a Delaware corporation; PHILIPS MEDICAL SYSTEMS NEDERLAND B.V., a Dutch corporation; KONINKLIJKE PHILIPS ELECTRONICS N.V., a Dutch corporation; and PHILIPS HEALTHCARE INFORMATICS, INC., a Delaware corporation, <br><br> Defendants. | Civil Action No. 1:12-cv-11065-RGS |

**DECLARATION OF LEONARDUS ANTONIUS GERARDUS AMMERLAAN IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE**

702968161

I, Leonardus Antonius Gerardus Ammerlaan, hereby declare as follows:

1. I am an employee of Philips Medical Systems MR, Inc., ("Philips") one of the world's leading manufacturers of medical systems and a supplier of Magnetic Resonance Imaging ("MRI") systems. I make this Declaration based on my own personal knowledge, unless otherwise indicated, and could and would testify competently hereto.

2. At Philips, I currently hold the title of Controller of Philips Medical Systems MR, Inc.

3. I submit this Declaration in support of Defendants' Motion to Transfer Venue.

4. Defendant Koninklijke Philips Electronics N.V. ("Royal Philips") is a Dutch corporation with its principal place of business in the Netherlands.

5. Defendant Philips Medical Systems Nederland B.V. ("Philips Medical") is also a Dutch corporation with its principal place of business in the Netherlands. Philips Medical is an indirect subsidiary of Royal Philips; Philips Medical is a subsidiary of Philips Electronics Nederland B.V., which is wholly owned by Royal Philips.

6. Defendants Philips Electronics North America Corporation ("PENAC") and Philips Healthcare Informatics, Inc. ("Philips Healthcare"), are subsidiaries of Philips Holding USA Inc. which is a subsidiary of Royal Philips. PENAC and Philips Healthcare are Delaware corporations with their principle places of business in Andover, Massachusetts.

7. Defendant Invivo Corporation ("Invivo") is a Delaware corporation with its principal place of business located in Gainesville, Florida.

8. It is my understanding that plaintiffs have brought a number of lawsuits accusing Philips products of infringing United States Patent No. 5,560,360 (the "'360 patent").

1

702968161

9. The accused products, (Achieva 3.0T, Achieva 1.5T, Intera 1.5T, Intera 3.0T, and Eclipse 1.5T) to the extent they exist, are Philips magnetic resonance imaging ("MRI") systems researched, developed, and manufactured by the Philips MRI Unit.

10. The Philips MRI Unit, responsible for research, development, manufacture, and sales of the accused products, is headquartered and primarily located in Best, the Netherlands. Limited MRI research and development is also conducted in Cleveland, Ohio; Latham, New York; Pewaukee, Wisconsin; Gainesville, Florida; and in China. No research and development of the accused MRI systems is conducted in Massachusetts.

11. The manufacturing unit for the magnets included in each MRI system is located in Latham, New York. When the magnets are completed, they are generally shipped to Philips' manufacturing location in Best, the Netherlands, (or if not, to other Philips locations outside of the United States or the Netherlands, or directly to the customer) where the final system assembly build is completed. Minimal assembly is also completed in Latham, New York. The MRI systems are then shipped directly to the customer. No MRI manufacturing is performed in Massachusetts.

12. Once a system is approved for commercial release, it is sold through Philips' Global Sales and Service Organization. The Global Sales and Service Organization sells the accused products throughout the United States and the world. Sales within the United States are administered out of Bothell, Washington.

13. While portions of the Philips MRI Unit report to their ultimate parent, Royal Philips, through Philips Holding USA, Inc, (which has its principal place of business in Massachusetts) the only portion of the unit located in Massachusetts is a minimal administrative

staff that oversees the unit within the United States. No research, development, or manufacturing of Philips' MRI systems is completed in Massachusetts.

14. Any documents Philips may possess regarding the manufacture and development of the accused products are located primarily in the Netherlands.

15. Any Philips personnel knowledgeable about the manufacture and development of the accused products are also primarily located in the Netherlands.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August __31__, 2012.

_____
Leonardus Antonius Gerardus Ammerlaan

3

702968161