# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEUROGRAFIX, a California corporation; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., a California corporation; and IMAGE-BASED SURGICENTER CORPORATION, a California corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PHILIPS ELECTRONICS NORTH AMERICA CORPORATION d/b/a PHILIPS MEDICAL SYSTEMS NORTH AMERICA, a Delaware Corporation; INVIVO CORPORATION, a Delaware corporation; PHILIPS MEDICAL SYSTEMS NEDERLAND B.V., a Dutch corporation; KONINKLIJKE PHILIPS ELECTRONICS N.V., a Dutch corporation; and PHILIPS HEALTHCARE INFORMATICS, INC., a Delaware corporation,<br><br>　　　　　　　Defendants. | Civil Action No. 1:12-cv-11065-RGS |

**DECLARATION OF MICHAEL A. MOLANO IN SUPPORT OF DEFENDANTS'**
**MOTION TO TRANSFER VENUE**

703018552

I, Michael A. Molano, declare as follows:

1. I am a Partner at Mayer Brown LLP, counsel of record for Defendants Philips Electronics North America Corporation ("PENAC"), Invivo Corporation, Philips Medical Systems Nederland B.V., Koninklijke Philips Electronics N.V., and Philips Healthcare Informatics, Inc. (collectively, "Philips") in the above captioned action. I was admitted to practice *Pro Hac Vice* before this Court in this matter on August 24, 2012. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. I make this Declaration in support of Philips' Motion to Transfer Venue.

3. Plaintiffs have filed three suits alleging infringement of United States Patent No. 5,560,360 (the "'360 patent") in the Central District of California.

4. A true and correct copy of the *NeuroGrafix et al. v. Siemens Medical Solutions USA, Inc. et al.* Case No. 2:10-cv-01990-MRP-RZ Docket as of August 22, 2012 is attached hereto as Exhibit A.

5. A true and correct copy of the *NeuroGrafix, et al. v. Oak Tree Medical Corporation et. al.,* Case No. 2:08-cv-02923-CAS-JTL Docket as of August 22, 2012 is attached hereto as Exhibit B.

6. A true and correct copy of the *NeuroGrafix, et al. v. The Regents of the Univ. of Cal.,* Case No. 2:11-cv-07591-MRP-RZ Docket as of August 22, 2012 is attached hereto as Exhibit C.

7. The products at issue in all three actions are similar if not identical. The three actions involve the same Plaintiffs and Defendant PENAC was and remains involved in the Siemens, California, and Massachusetts actions.

1

2

8. Philips was subpoenaed for documents in *NeuroGrafix, et al. v. The Regents of the University of California,* Case No. 2:11-cv-07591-MRP-RZ on July 17, 2012. A true and correct copy of that subpoena is attached hereto as Exhibit D.

9. On August 20, 2012, Philips sent a letter to Plaintiffs' counsel in *NeuroGrafix, et al. v. The Regents of the University of California* enclosing 3937 pages in response to the above referenced subpoena. A true and correct copy of that letter is attached hereto as Exhibit E.

10. A fourth lawsuit concerning this patent was filed in the Central District of California by General Electric. A true and correct copy of the *Gen. Elec. Co. v. NeuroGrafix, et al, 2:12-cv-04586-MRP-RZ* Docket as of August 27, 2012 is attached hereto as Exhibit F.

11. On August 21, 2012, Philips' counsel sent a meet and confer letter to Plaintiffs' counsel pursuant to Local Rule 7.1(a)(2). A true and correct copy of that letter is attached hereto as Exhibit G. A true and correct copy of Plaintiffs' August 24, 2012 response is attached hereto as Exhibit H where Plaintiffs' counsel declined to agree to transfer this action to the Central District of California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 31, 2012.

/s/
Michael A. Molano