# Exhibit C

Case 1:12-cv-11065-RGS   Document 21-3   Filed 08/31/12   Page 2 of 22

(RZx), AO120, DISCOVERY, MANADR, RELATED-G

# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:11-cv-07591-MRP-RZ

| | |
|---|---|
| NeuroGrafix et al v. The Regents of the University of California | Date Filed: 09/14/2011 |
| Assigned to: Judge Mariana R. Pfaelzer | Jury Demand: Both |
| Referred to: Magistrate Judge Ralph Zarefsky | Nature of Suit: 830 Patent |
| Related Case: 2:10-cv-01990-MRP -RZ | Jurisdiction: Federal Question |
| Cause: 35:271 Patent Infringement | |

**Plaintiff**

| | | |
|---|---|---|
| **NeuroGrafix** | represented by | **Adam S Hoffman** |
| *a California corporation* | | Russ August and Kabat |
| | | 12424 Wilshire Boulevard 12th Floor |
| | | Los Angeles, CA 90025 |
| | | 310-826-7474 |
| | | Fax: 310-826-6991 |
| | | Email: ahoffman@raklaw.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Alexander C D Giza** |
| | | Russ August & Kabat |
| | | 12424 Wilshire Blvd Suite 1200 |
| | | Los Angeles, CA 90025 |
| | | 310-826-7474 |
| | | Fax: 310-826-6991 |
| | | Email: agiza@raklaw.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Andrew David Weiss** |
| | | Russ August & Kabat |
| | | 12424 Wilshire Boulevard Suite 1200 |
| | | Los Angeles, CA 90025 |
| | | 310.826-7474 |
| | | Fax: 310.826.6991 |
| | | Email: aweiss@raklaw.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Fredricka Ung** |
| | | Russ August & Kabat |
| | | 12424 Wilshire Boulevard 12th Floor |
| | | Los Angeles, CA 90025 |
| | | 310-826-7474 |
| | | Fax: 310-826-6991 |
| | | Email: fung@raklaw.com |
| | | *ATTORNEY TO BE NOTICED* |

**Marc A Fenster**
Russ August and Kabat
12424 Wilshire Boulevard 12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991
Email: mfenster@raklaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Neurography Institute Medical Associates Inc**
*a California corporation*

represented by **Adam S Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alexander C D Giza**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew David Weiss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Fredricka Ung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc A Fenster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Image-Based Surgicenter Corporation**
*a California corporation*

represented by **Adam S Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alexander C D Giza**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew David Weiss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Fredricka Ung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc A Fenster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Washington Research Foundation**                    represented by   **Bradley William Gunning**
*a not-for-profit Washington corporation*                              K & L Gates LLP
                                                                       10100 Santa Monica Boulevard 7th Floor
                                                                       Los Angeles, CA 90067
                                                                       310-552-5000
                                                                       Fax: 310-552-5001
                                                                       Email: brad.gunning@klgates.com
                                                                       *TERMINATED: 06/15/2012*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Marc A Fenster**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

V.

**Intervenor Plaintiff**

**General Electric Company**                          represented by   **Ali R Sharifahmadian**
                                                                       Arnold and Porter LLP
                                                                       555 12th St NW
                                                                       Washington, DC 20004-1206
                                                                       202-942-5000
                                                                       Fax: 202-942-5999
                                                                       Email: ali.sharifahmadian@aporter.com
                                                                       *PRO HAC VICE*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Brian Martinez**
                                                                       Arnold and Porter LLP
                                                                       777 South Figueroa Street 44th Floor
                                                                       Los Angeles, CA 90017
                                                                       213-243-4000
                                                                       Fax: 213-243-4199
                                                                       Email: brian.martinez@aporter.com
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Jennifer Anne Sklenar**
                                                                       Arnold and Porter LLP
                                                                       777 South Figueroa Street 44th Floor
                                                                       Los Angeles, CA 90017
                                                                       213-243-4000
                                                                       Fax: 213-243-4199
                                                                       Email: jennifer.sklenar@aporter.com
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Marc A Cohn**
                                                                       Arnold and Porter LLP
                                                                       555 Twelfth Street NW

Washington, DC 20004
202-243-4000
Fax: 202-243-4199
Email: Marc.Cohn@aporter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew M Wolf**
Arnold and Porter LLP
555 Twelfth Street NW
Washington, DC 20004-1206
202-942-5462
Fax: 202-942-5999
Email: matthew.wolf@aporter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Elliot Ginsberg**
Arnold and Porter LLP
555 Twelfth Street NW
Washington, DC 20004-1206
202-942-5000
Fax: 202-942-5999
Email: michael.ginsberg@aporter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Regents of the University of California**          represented by   **Heather N Mewes**
*The*                                                                Fenwick & West LLP
                                                                     555 California St
                                                                     San Francisco, CA 94041
                                                                     415-975-2300
                                                                     Fax: 415-281-1350
                                                                     *TERMINATED: 06/07/2012*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Jeffrey Virnelson Lasker**
                                                                     Fenwick and West
                                                                     801 California Street
                                                                     Mountain View, CA 94041
                                                                     650-988-8500
                                                                     Email: jlasker@fenwick.com
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Jennifer Jane Johnson**
                                                                     Fenwick & West LLP
                                                                     555 California Street 12th Floor

San Francisco, CA 94104
415-875-2300
Fax: 415-281-1350
Email: jjjohnson@fenwick.com
*ATTORNEY TO BE NOTICED*

**Jennifer Anne Sklenar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Meredith L Erdman**
Fenwick & West LLP
801 California Street
Mountain View, CA 94041
650-988-8500
Fax: 650-938-5200
Email: merdman@fenwick.com
*ATTORNEY TO BE NOTICED*

**Michael A Molano**
Mayer Brown Rowe and Maw
Two Palo Alto Square
3000 El Camino Real Suite 300
Palo Alto, CA 94306-2112
650-331-2040
Fax: 650-331-2060
Email: mmolano@mayerbrown.com
*ATTORNEY TO BE NOTICED*

**Carolyn C Chang**
Fenwick and West LLP
801 California Street
Mountain View, CA 94041
650 988 8500
Fax: 650 938-5200
Email: cchang@fenwick.com
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Defendant**

**Neurography Institute Medical**          represented by   **Alexander C D Giza**
**Associates Inc**                                          (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Andrew David Weiss**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Fredricka Ung**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc A Fenster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**NeuroGrafix**                    represented by  **Alexander C D Giza**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew David Weiss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Fredricka Ung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc A Fenster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Image-Based Surgicenter Corporation**    represented by  **Alexander C D Giza**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew David Weiss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Fredricka Ung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc A Fenster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Washington Research Foundation**    represented by  **Bradley William Gunning**
(See above for address)
*TERMINATED: 06/15/2012*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Neurography Institute Medical
Associates Inc**                    represented by  **Adam S Hoffman**
(See above for address)

*a California corporation*                                    *ATTORNEY TO BE NOTICED*

                                                            **Alexander C D Giza**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Andrew David Weiss**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Fredricka Ung**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Marc A Fenster**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**NeuroGrafix**                        represented by   **Adam S Hoffman**
*a California corporation*                             (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Alexander C D Giza**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Andrew David Weiss**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Fredricka Ung**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Marc A Fenster**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Image-Based Surgicenter Corporation**   represented by   **Adam S Hoffman**
*a California corporation*                             (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Alexander C D Giza**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Andrew David Weiss**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Fredricka Ung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc A Fenster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Washington Research Foundation**     represented by    **Bradley William Gunning**
*a not-for-profit Washington corporation*                                (See above for address)
                                                          *TERMINATED: 06/15/2012*
                                                          *ATTORNEY TO BE NOTICED*

**Marc A Fenster**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**General Electric Company**     represented by    **Ali R Sharifahmadian**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Martinez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Anne Sklenar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc A Cohn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew M Wolf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Elliot Ginsberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |

| 09/14/2011 | 1 | COMPLAINT against Defendant The Regents of the University of California. Case assigned to Judge Margaret M. Morrow for all further proceedings. Discovery referred to Magistrate Judge Fernando M. Olguin. (Filing fee $ 350 Paid.) Jury Demanded., filed by Plaintiffs Neurography Institute Medical Associates Inc, NeuroGrafix, Image-Based Surgicenter Corporation, Washington Research Foundation. [Summons not issued on 9/14/2011] (et) (Additional attachment(s) added on 9/15/2011: # 1 Part 2, # 2 Ntc of Asgmt, # 3 Civil Cover Sheet) (mg). (Additional attachment(s) added on 9/19/2011: # 4 summons issued) (bp). (Entered: 09/15/2011) |
| 09/14/2011 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiffs Image-Based Surgicenter Corporation, NeuroGrafix, Neurography Institute Medical Associates Inc, identifying Other Affiliate Washington Research Foundation, Other Affiliate Providence Investment Company Limited for NeuroGrafix. (et) (mg). (Entered: 09/15/2011) |
| 09/14/2011 | 3 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Washington Research Foundation, identifying Other Affiliate University of Washington for Washington Research Foundation. (et) (mg). (Entered: 09/15/2011) |
| 09/14/2011 | 4 | REPORT ON THE FILING OF AN ACTION Regarding a Patent or a Trademark (Initial Notification) filed by Image-Based Surgicenter Corporation, NeuroGrafix, Neurography Institute Medical Associates Inc, Washington Research Foundation. (et) (Entered: 09/15/2011) |
| 09/14/2011 | 5 | NOTICE TO PARTIES OF ADR PROGRAM filed. (et) (Entered: 09/15/2011) |
| 09/14/2011 | 6 | NOTICE of Related Case(s) filed by Plaintiffs Image-Based Surgicenter Corporation, NeuroGrafix, Neurography Institute Medical Associates Inc. Related case: CV 10-1990 MRP. (RZx) (mg) Modified on 9/15/2011 (mg). (Entered: 09/15/2011) |
| 09/14/2011 | 7 | CORPORATE DISCLOSURE STATEMENT filed by Plaintiffs Image-Based Surgicenter Corporation, NeuroGrafix, Neurography Institute Medical Associates Inc. (et) (mg). (Entered: 09/15/2011) |
| 09/14/2011 | 8 | CORPORATE DISCLOSURE STATEMENT filed by Plaintiff Washington Research Foundation identifying Other Affiliate University of Washington for Washington Research Foundation. (et) (mg). (Entered: 09/15/2011) |
| 09/15/2011 |  | 21 DAY Summons Issued re Complaint - (Discovery), 1 as to Defendant Regents of the University of California. (bp) (Entered: 09/19/2011) |
| 09/20/2011 | 9 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 -Related Case-filed. Related Case No: CV 10-01990 MRP(RZx). Case transferred from Judge Margaret M. Morrow and Magistrate Judge Fernando M. Olguin to Judge Mariana R. Pfaelzer and Magistrate Judge Ralph Zarefsky for all further proceedings. The case number will now reflect the initials of the transferee Judge CV 11-07591 MRP(RZx).Signed by Judge Mariana R. Pfaelzer (rn) (Entered: 09/20/2011) |
| 09/23/2011 | 10 | PROOF OF SERVICE Executed by Plaintiff NeuroGrafix, upon Defendant Regents of the University of California served on 9/16/2011, answer due 10/7/2011. Service of the Summons and Complaint were executed upon Rahni Singh, Authorized Agent in compliance with Federal Rules of Civil Procedure by personal service. Original Summons NOT returned. (Weiss, Andrew) (Entered: 09/23/2011) |

| 10/04/2011 | 11 | First STIPULATION Extending Time to Answer the complaint as to Regents of the University of California answer now due 10/28/2011, re Complaint - (Discovery), Complaint - (Discovery), Complaint - (Discovery) 1 filed by Defendant Regents of the University of California.(Chang, Carolyn) (Entered: 10/04/2011) |
| --- | --- | --- |
| 10/25/2011 | 12 | Second STIPULATION Extending Time to Answer the complaint as to Regents of the University of California answer now due 11/4/2011, re Complaint - (Discovery), Complaint - (Discovery), Complaint - (Discovery) 1 filed by Defendant The Regents Of The University of California Regents of the University of California.(Chang, Carolyn) (Entered: 10/25/2011) |
| 10/28/2011 | 13 | NOTICE of Appearance filed by attorney Jennifer Jane Johnson on behalf of Defendant Regents of the University of California (Johnson, Jennifer) (Entered: 10/28/2011) |
| 11/03/2011 | 14 | Third STIPULATION for Extension of Time to File Answer to November 11, 2011 re Complaint - (Discovery), Complaint - (Discovery), Complaint - (Discovery) 1 filed by Defendant The Regents of the University of California Regents of the University of California. (Attachments: # 1 Proposed Order)(Chang, Carolyn) (Entered: 11/03/2011) |
| 11/04/2011 | 15 | ORDER by Judge Mariana R. Pfaelzer The Joint Stipulation between Plaintiffs and Defendant, hereby orders that: Defendant shall have an extension of 7 days from November 4, 2011 to file its response to Plaintiffs Complaint. Defendant must file its response by November 11, 2011. (cs) (Entered: 11/08/2011) |
| 11/14/2011 | 16 | NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction filed by Defendant Regents of the University of California. (Attachments: # 1 Proposed Order) (Chang, Carolyn) (Entered: 11/14/2011) |
| 11/14/2011 | 17 | NOTICE of Manual Filing filed by Defendant Regents of the University of California of Memorandum In Support of Motion to Dismiss; Declararation of Carolyn Chang; Application to File Under Seal and Proposed Order. (Chang, Carolyn) (Entered: 11/14/2011) |
| 11/15/2011 | 18 | NOTICE of Appearance filed by attorney Heather N Mewes on behalf of Defendant Regents of the University of California (Mewes, Heather) (Entered: 11/15/2011) |
| 11/15/2011 | 20 | SEALED DOCUMENT- Application to File Under Seal. (mat) (Entered: 11/29/2011) |
| 11/15/2011 | 21 | SEALED DOCUMENT- Declaration of Carolyn Chang in Support of Defendant The Regents of The University of California's MOTION TO DISMISS PLAINTIFFS NEUROGRAFIX, NEUROGRAPHY INSTITUTEMEDICAL ASSOCIATES, INC. AND IMAGE-BASED SURGICENTER UNDER RULE 12(B)(1) FOR LACK OF STANDING.(mat) (Entered: 11/29/2011) |
| 11/15/2011 | 22 | SEALED DOCUMENT- Defendant's Memorandum of Points and Authorities in Support of its MOTION TO DISMISS PLAINTIFFS NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC. AND IMAGE-BASED SURGICENTER UNDER RULE 12(B)(1) FOR LACK OF STANDING. (mat) (Entered: 11/29/2011) |
| 11/15/2011 | 23 | SEALED DOCUMENT- Order Granting Application to File Under Seal. (mat) (Entered: 11/29/2011) |

| 11/21/2011 | 19 | MINUTES RE RESETTING DEFENDANT'S MOTION TO DISMISS 16 AND BRIEFINGSCHEDULE by Judge Mariana R. Pfaelzer. The Court on its on motion advances the Motion to Dismiss currently scheduled for Monday, January 2, 2012 at 11:00 a.m.(which is a court holiday) to Thursday, December 22, 2011 at 11:00 a.m. The Clerk having conferred with both parties have agreed upon a revised briefing schedule as follows: Opposition will be due on December 9, 2011 and Replies will be due on December 19, 2011. (lom) (Entered: 11/23/2011) |
|---|---|---|
| 12/06/2011 | 24 | NOTICE of Appearance filed by attorney Adam Hoffman on behalf of Plaintiff NeuroGrafix (Hoffman, Adam) (Entered: 12/06/2011) |
| 12/09/2011 | 25 | NOTICE of Manual Filing filed by Plaintiff NeuroGrafix of Application To File Under Seal; Proposed Order Granting Application To File Under Seal; OPPOSITION TO DEFENDANTS MOTION TO DISMISS PLAINTIFFS NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC. AND IMAGE-BASED SURGICENTER UNDER RULE 12(B)(1) FOR LACK OF STANDING. (Fenster, Marc) (Entered: 12/09/2011) |
| 12/09/2011 | 26 | DECLARATION of Fredricka Ung In Support of Opposition MOTION to Dismiss for Lack of Jurisdiction 16 *DECLARATION OF FREDRICKA UNG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS MOTION TO DISMISS PLAINTIFFS NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC. AND IMAGE-BASED SURGICENTER UNDER RULE 12(B)(1) FOR LACK OF STANDING* filed by Plaintiff NeuroGrafix. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Ung, Fredricka) (Entered: 12/09/2011) |
| 12/09/2011 | 27 | APPLICATION to file under seal: Plaintiffs' Opposition to Defendant's Motion to Dismiss Plaintiffs NeuroGrafix, Neurography Institute Medical Associates, Inc. and Image-Based Surgicenter Under Rule 12(b)(1) for Lack of Standing filed by Plaintiffs Image-Based Surgicenter Corporation, NeuroGrafix, Neurography Institute Medical Associates Inc. Lodged [Prop] Order. (lom) (Entered: 12/13/2011) |
| 12/12/2011 | 28 | ORDER by Judge Mariana R. Pfaelzer: granting 27 Plaintiff's Application to file under seal: Plaintiffs' Opposition to Defendant's Motion to Dismiss Plaintiffs NeuroGrafix, Neurography Institute Medical Associates, Inc. and Image-Based Surgicenter Under Rule 12(b)(1) for Lack of Standing. (lom) (Entered: 12/19/2011) |
| 12/12/2011 | 30 | SEALED DOCUMENT- Opposition to Defendant's Motion to Dismiss Plaintiffs NeuroGrafix, Neurography Institute Medical Associates, Inc. and Image-Based Surgicenter Under Rule 12(B)(1) for Lack of Standing. (mat) (Entered: 12/19/2011) |
| 12/19/2011 | 29 | NOTICE of Manual Filing filed by Defendant Regents of the University of California of Defendant's Reply Memo ISO Motion to Dismiss; Application to File Under Seal; [Proposed] Order. (Chang, Carolyn) (Entered: 12/19/2011) |
| 12/21/2011 | 31 | MINUTE ORDER IN CHAMBERS by Judge Mariana R. Pfaelzer. The Court on its own motion advances the Motion to Dismiss currently scheduled for Thursday, December 22, 2011 at 11:00 a.m. to Thursday December 22, 2011 at 10:00 a.m. 19 (cs) (Entered: 12/21/2011) |
| 12/21/2011 | 32 | MINUTES IN CHAMBERS: RESETTING DEFENDANT'S MOTION TO DISMISS AND BRIEFING SCHEDULE by Judge Mariana R. Pfaelzer. The Court on its own motion advances the Motion to Dismiss 16 currently scheduled for Thursday, December 22, 2011 at 11:00 a.m. to Thursday December 22, 2011 at 10:00 a.m. (lom) |

| | | |
|---|---|---|
| | | (Entered: 12/21/2011) |
| 12/21/2011 | 33 | SEALED DOCUMENT- APPLICATION to File Under Seal. (mat) (Entered: 12/29/2011) |
| 12/21/2011 | 34 | SEALED DOCUMENT- ORDER Granting Application to File Under Seal. (mat) (Entered: 12/29/2011) |
| 12/21/2011 | 35 | SEALED DOCUMENT- Defendant's Reply MEMORANDUM of Points and Authorities in Support of its Motion to Dismiss Plaintiffs Neurografix, Neurography Institute Medical Associates, Inc. and Image-Based Surgicenter Under Rule 12(b)(1) for Lack of Standing. (mat) (Entered: 12/29/2011) |
| 12/22/2011 | 36 | MINUTES OF HEARING (held and completed) ON: DEFENDANT'S MOTION TO DISMISS PLAINTIFFS NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., AND IMAGE-BASED SURGICENTER UNDER RULE 12 (B)(1) FOR LACK OF STANDING (fld 11/14/2011) 16 before Judge Mariana R. Pfaelzer. Court and counsel discuss the status of the case and the pending motion. The Court takes the motion under submission and its order will follow. Court Reporter: Wil Wilcox. (lom) (Entered: 01/03/2012) |
| 01/04/2012 | 37 | MINUTES ORDER by Judge Mariana R. Pfaelzer. DENYING 16 Motion to Dismiss for Lack of Jurisdiction - See Order for further details. (cs) (Entered: 01/04/2012) |
| 01/18/2012 | 38 | ANSWER to Complaint - (Discovery), Complaint - (Discovery), Complaint - (Discovery) 1 with JURY DEMAND filed by Defendant Regents of the University of California.(Chang, Carolyn) (Entered: 01/18/2012) |
| 01/19/2012 | 39 | CORPORATE DISCLOSURE STATEMENT *and Certificate of Interested Parties* filed by Defendant Regents of the University of California (Chang, Carolyn) (Entered: 01/19/2012) |
| 01/20/2012 | 40 | MINUTE ORDER IN CHAMBERS setting Case Management Conference for 2/27/2012 11:00 AM before Judge Mariana R. Pfaelzer. See Order for further details and dates. (cs) (Entered: 01/20/2012) |
| 02/10/2012 | | IN CHAMBERS MINUTE ORDER by Judge Mariana R. Pfaelzer. The Court on its motion continues the Case Management Conference Set for Monday, February 27, 2012 at 11:00 a.m. to Tuesday, February 28, 2012 at 1:30 p.m. 40 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY.(cs) TEXT ONLY ENTRY (Entered: 02/10/2012) |
| 02/14/2012 | 41 | RESPONSE filed by Plaintiff NeuroGrafixto Answer to Complaint (Discovery) 38 *PLAINTIFFS ANSWER TO THE COUNTERCLAIMS OF THE REGENTS OF THE UNIVERSITY OF CALIFORNIA* (Fenster, Marc) (Entered: 02/14/2012) |
| 02/21/2012 | 42 | STATUS REPORT *PARTIES' JOINT INITIAL CASE MANAGEMENT CONFERENCE STATEMENT AND RULE 26(F) REPORT* filed by Plaintiff NeuroGrafix. (Fenster, Marc) (Entered: 02/21/2012) |
| 02/24/2012 | 43 | NOTICE of Appearance filed by attorney Jeffrey Virnelson Lasker on behalf of Defendant Regents of the University of California (Lasker, Jeffrey) (Entered: 02/24/2012) |

| 02/28/2012 | 44 | MINUTES OF THE CASE MANAGEMENT CONFERENCE held before Judge Mariana R. Pfaelzer. The case is called and appearances are made. Court and counsel discuss limiting the claims, the dates as agreed as to the claim construction are acceptable. The Court Orders the parties to meet and confer to resolve the claims. The parties will not exceed ten claims. The Markman Hearing is set for Monday, April 30, 2012 at 1:30 p.m. The parties will file simultaneous briefs on or before April 20, 2012.Court Reporter: Bridget Montero. (cs) (Entered: 02/29/2012) |
|---|---|---|
| 02/29/2012 | | IN CHAMBERS MINUTE ORDER. The Markman hearing set for Monday, April 30, 2012 at 1:30 p.m. has been rescheduled to Tuesday, May 1, 2012 at 01:30 PM before Judge Mariana R. Pfaelzer. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY.(cs) TEXT ONLY ENTRY (Entered: 02/29/2012) |
| 03/01/2012 | 45 | TRANSCRIPT ORDER for date of proceedings 2/28/2012 to 2/28/2012 re: Scheduling Conference, Set/Reset Deadlines/Hearings,,,, 44 , as to Defendant Regents of the University of California Court Reporter Bridget Montero. Court will contact Meredith Erdman at merdman@fenwick.com with any questions regarding this order. Transcript portion requested: Other: Case Management Conference Proceeding. Category: Expedited. Transcript preparation will not begin until payment has been satisfied with the court reporter/recorder. (Erdman, Meredith) (Entered: 03/01/2012) |
| 03/14/2012 | 46 | TRANSCRIPT for proceedings held on 2-28-12 1:31 p.m.. Court Reporter/Electronic Court Recorder: Bridget Montero, phone number www.bridgetmontero.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter, www.bridgetmontero.com, or PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 4/4/2012. Redacted Transcript Deadline set for 4/14/2012. Release of Transcript Restriction set for 6/12/2012. (Montero, Bridget) (Entered: 03/14/2012) |
| 03/15/2012 | 47 | NOTICE OF FILING TRANSCRIPT filed for proceedings 2/28/12 1:31pm (ml) (Entered: 03/15/2012) |
| 03/22/2012 | 48 | MOTION to Intervene filed by Movant Pursuant to Fed.R.Civ.P. 24 and Memorandum in support General Electric Company. Motion set for hearing on 4/23/2012 at 11:00 AM before Judge Mariana R. Pfaelzer. Lodged [Prop] Order. (lom) (Entered: 03/23/2012) |
| 03/22/2012 | 49 | DECLARATION of Jennifer A. Sklenar in support MOTION to Intervene 48 filed by Movant General Electric Company. (lom) (Entered: 03/23/2012) |
| 03/22/2012 | 50 | CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES filed by Movant General Electric Company. (lom) (Entered: 03/26/2012) |
| 03/29/2012 | 51 | EX PARTE APPLICATION to Reschedule Case Deadlines *Extension of Case Deadlines* filed by Defendant Regents of the University of California. (Attachments: # 1 Proposed Order)(Chang, Carolyn) (Entered: 03/29/2012) |
| 03/29/2012 | 52 | MEMORANDUM of Points and Authorities in Support filed by Defendant Regents of the University of California. Re: EX PARTE APPLICATION to Reschedule Case Deadlines *Extension of Case Deadlines* 51 (Chang, Carolyn) (Entered: 03/29/2012) |

| 03/29/2012 | 53 | DECLARATION of Carolyn Chang re Memorandum of Points and Authorities in Support (non-motion) 52 , EX PARTE APPLICATION to Reschedule Case Deadlines /Extension of Case Deadlines 51 filed by Defendant Regents of the University of California. (Chang, Carolyn) (Entered: 03/29/2012) |
|---|---|---|
| 03/30/2012 | 54 | OPPOSITION to EX PARTE APPLICATION to Reschedule Case Deadlines /Extension of Case Deadlines 51 PLAINTIFFS NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC. AND IMAGE-BASED SURGICENTER CORPORATIONS OPPOSITION TO THE REGENTS OF THE UNIVERSITY OF CALIFORNIAS EX PARTE APPLICATION FOR AN EXTENSION OF CASE DEADLINES filed by Plaintiff NeuroGrafix. (Attachments: # 1 Declaration Fredricka Ung, # 2 Exhibit 1)(Ung, Fredricka) (Entered: 03/30/2012) |
| 04/02/2012 | 55 | OPPOSITION to MOTION to Intervene 48 PLAINTIFFS NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC. AND IMAGE-BASED SURGICENTER CORPORATION OPPOSITION TO GENERAL ELECTRIC COMPANYS MOTION TO INTERVENE PURSUANT TO FED. R. CIV. P. 24 filed by Plaintiff NeuroGrafix. (Attachments: # 1 Declaration Fredricka Ung, # 2 Exhibit 1)(Ung, Fredricka) (Entered: 04/02/2012) |
| 04/02/2012 | 56 | STATEMENT Non-Opposition to General Electric Company's Motion to Intervene filed by Defendant Regents of the University of California re: MOTION to Intervene 48 . (Chang, Carolyn) (Entered: 04/02/2012) |
| 04/02/2012 | 57 | REPLY In Support Of EX PARTE APPLICATION to Reschedule Case Deadlines /Extension of Case Deadlines 51 filed by Defendant Regents of the University of California. (Chang, Carolyn) (Entered: 04/02/2012) |
| 04/03/2012 | 58 | IN CHAMBER MINUTE ORDER by Judge Mariana R. Pfaelzer. On Thursday, March 22, 2012, General Electric Company (GE) filed a motion to intervene pursuant to Fed.R.Civ.P. 24. ECF No. 48. Plaintiffs oppose that motion. The Court has received Plaintiffs opposition and determines that the matter is appropriate for disposition without further briefing. Having read and considered GEs motion and Plaintiffs opposition, and concluding that no oral argument would aid the Court in a decision, the Court GRANTS the motion to intervene. At the time GE filed its motion to intervene, the Regents filed an ex parte application to reschedule case deadlines. ECF No. 51. Given GEs intervention in this case, a brief extension is appropriate. The application is GRANTED and the parties will adhere to the proposed schedule in the Regents request. Further extensions will not be granted. See Order for further details. (cs) (Entered: 04/03/2012) |
| 04/04/2012 | 59 | TRANSCRIPT for proceedings held on THURSDAY, DECEMBER 22, 2011; 10:04 A.M. Court Reporter: Wil S. Wilcox, phone number 213-290-2849. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 4/25/2012. Redacted Transcript Deadline set for 5/5/2012. Release of Transcript Restriction set for 7/3/2012. (Wilcox, Wil) (Entered: 04/04/2012) |
| 04/04/2012 | 60 | NOTICE OF FILING TRANSCRIPT filed for proceedings THURSDAY, DECEMBER 22, 2011; 10:04 A.M. (Wilcox, Wil) (Entered: 04/04/2012) |

| 04/26/2012 | 61 | INTERVENOR COMPLAINT; Demand for Jury Trial against Intervenor-Defendants Image-Based Surgicenter Corporation, NeuroGrafix, Neurography Institute Medical Associates Inc, Washington Research Foundation filed by Intervenor-Plaintiff General Electric Company. (lom) (lom). (Entered: 04/30/2012) |
|---|---|---|
| 04/30/2012 | 62 | DISCLOSURE of Defendants' Invalidity Contentions filed by Intervenor Plaintiff General Electric Company, Defendant Regents of the University of California (Attachments: # 1 Exhibit A-1, # 2 Exhibit A-2, # 3 Exhibit A-3, # 4 Exhibit A-4, # 5 Exhibit A-5, # 6 Exhibit A-6, # 7 Exhibit A-7, # 8 Exhibit A-8, # 9 Exhibit A-9, # 10 Exhibit A-10, # 11 Exhibit A-11, # 12 Exhibit A-12, # 13 Exhibit A-13, # 14 Exhibit A-14, # 15 Exhibit A-15, # 16 Exhibit A-16, # 17 Exhibit A-17)(Lasker, Jeffrey) (Entered: 04/30/2012) |
| 05/02/2012 | 63 | Joint STIPULATION for Hearing re Claim Construction Hearing filed by Plaintiff NeuroGrafix. (Attachments: # 1 Proposed Order GRANTING JOINT STIPULATION REGARDING CLAIM CONSTRUCTION HEARING)(Ung, Fredricka) (Entered: 05/02/2012) |
| 05/02/2012 | 64 | EXPARTE APPLICATION for Extension of Time to File Claim Construction Briefs filed by Defendant Regents of the University of California. (Attachments: # 1 Proposed Order)(Lasker, Jeffrey) (Entered: 05/02/2012) |
| 05/02/2012 | 65 | MEMORANDUM in Support of EXPARTE APPLICATION for Extension of Time to File Claim Construction Briefs 64 and (General Electric Company) filed by Defendant Regents of the University of California. (Lasker, Jeffrey) (Entered: 05/02/2012) |
| 05/02/2012 | 66 | DECLARATION of Jeffrey V. Lasker in support of EXPARTE APPLICATION for Extension of Time to File Claim Construction Briefs 64 (and General Electric Company) filed by Defendant Regents of the University of California. (Lasker, Jeffrey) (Entered: 05/02/2012) |
| 05/04/2012 | 67 | ORDER that the deadline for the simultaneous claim construction briefing is extended to May 14, 2012. by Judge Mariana R. Pfaelzer, (cs) (Entered: 05/04/2012) |
| 05/04/2012 | 68 | ORDER by Judge Mariana R. Pfaelzer The claim construction hearing currently scheduled for May 22, 2012 at 1:30 p.m. is moved to May 31, 2012 at 1:30 p.m. (cs) (Entered: 05/04/2012) |
| 05/11/2012 | 69 | NOTICE of Appearance filed by attorney Brian Martinez on behalf of Intervenor Plaintiff General Electric Company (Martinez, Brian) (Entered: 05/11/2012) |
| 05/11/2012 | 70 | APPLICATION for attorney Mathew M. Wolf to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973-10360330 paid.) filed by Intervenor General Electric Company. (Attachments: # 1 Exhibit A - Certificate of Good Standing, # 2 Proposed Order)(Sklenar, Jennifer) (Entered: 05/11/2012) |
| 05/11/2012 | 71 | APPLICATION for attorney Ali Sharifahmadian to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973-10360419 paid.) filed by Intervenor General Electric Company. (Attachments: # 1 Exhibit A - Certificate of Good Standing, # 2 Exhibit B - Certificate of Good Standing, # 3 Proposed Order)(Sklenar, Jennifer) (Entered: 05/11/2012) |
| 05/11/2012 | 72 | APPLICATION for attorney Michael Ginsberg to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973-10360484 paid.) filed by Intervenor General Electric |

| | | |
|---|---|---|
| | | Company. (Attachments: # 1 Exhibit A - Certificate of Good Standing, # 2 Proposed Order)(Sklenar, Jennifer) (Entered: 05/11/2012) |
| 05/11/2012 | 73 | EX PARTE APPLICATION to Exceed Page Limitation PLAINTIFFS EX PARTE APPLICATION TO EXTEND THE PAGE LIMIT OF PLAINTIFFS CLAIM CONSTRUCTION BRIEFS TO 30 PAGES filed by Plaintiff NeuroGrafix. (Attachments: # 1 Memorandum, # 2 Declaration of Fredricka Ung, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Proposed Order GRANTING PLAINTIFFS EX PARTE APPLICATION TO EXTEND THE PAGE LIMIT OF PLAINTIFFS CLAIM CONSTRUCTION BRIEFS TO 30 PAGES)(Ung, Fredricka) (Entered: 05/11/2012) |
| 05/14/2012 | 74 | BRIEF filed by Plaintiff NeuroGrafix. *PLAINTIFFS' CLAIM CONSTRUCTION BRIEF* (Attachments: # 1 Declaration Andrew D. Weiss, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11)(Weiss, Andrew) (Entered: 05/14/2012) |
| 05/14/2012 | 75 | BRIEF filed by Intervenor-Plaintiff and Defendant General Electric Company, Regents of the University of California. *for Claim Construction* (Sklenar, Jennifer) (Entered: 05/14/2012) |
| 05/14/2012 | 76 | DECLARATION of Jennifer A. Sklenar re Brief (non-motion non-appeal) 75 *in support of Claim Construction Brief* filed by Intervenor Plaintiff General Electric Company, Defendant Regents of the University of California. (Attachments: # 1 Exhibit A part 1, # 2 Exhibit A part 2, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I)(Sklenar, Jennifer) (Entered: 05/14/2012) |
| 05/15/2012 | 77 | Notice of Withdrawal of Ex Parte Application to Exceed Page Limitation, 73 filed by Plaintiff NeuroGrafix. (Ung, Fredricka) (Entered: 05/15/2012) |
| 05/17/2012 | 78 | APPLICATION for attorney Marc A. Cohn to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973-10389339 paid.) filed by Intervenor-Plaintiff General Electric Company. (Attachments: # 1 Exhibit A - Certificate of Good Standing, # 2 Proposed Order)(Sklenar, Jennifer) (Entered: 05/17/2012) |
| 05/17/2012 | 79 | ORDER by Judge Mariana R. Pfaelzer: granting 70 Application to Appear Pro Hac Vice by Attorney Matthew M Wolf on behalf of Intervenor Plaintiff General Electric Company, designating Jennifer Sklenar as local counsel. (lom) (Entered: 05/21/2012) |
| 05/17/2012 | 80 | ORDER by Judge Mariana R. Pfaelzer: granting 71 Application to Appear Pro Hac Vice by Attorney Ali R. Sharifahmadian on behalf of Intervenor Plaintiff General Electric Company, designating Jennifer Sklenar as local counsel. (lom) (Entered: 05/21/2012) |
| 05/17/2012 | 81 | ORDER by Judge Mariana R. Pfaelzer: granting 72 Application to Appear Pro Hac Vice by Attorney Michael Elliott Ginsberg on behalf of Intervenor Plaintiff General Electric Company, designating Jennifer Sklenar as local counsel. (lom) (Entered: 05/21/2012) |
| 05/21/2012 | 82 | *NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., IMAGE-BASED SURGICENTER CORPORATION, AND WASHINGTON RESEARCH FOUNDATION'S ANSWER AND COUNTERCLAIMS TO GENERAL ELECTRIC COMPANYS INTERVENOR COMPLAINT* ANSWER to Intervenor Complaint, 61 |

| | | |
|---|---|---|
| | | filed by Plaintiff NeuroGrafix.(Ung, Fredricka) Modified on 6/14/2012 (lom). (Document is STRICKEN, see Minute Order 92 .) (Entered: 05/21/2012) |
| 05/24/2012 | 84 | ORDER by Judge Mariana R. Pfaelzer: granting 78 Application to Appear Pro Hac Vice by Attorney Marc A. Cohn on behalf of Intervenor General Electric Company, designating Jwennifer Sklenar as local counsel. (lt) (Entered: 05/31/2012) |
| 05/30/2012 | 83 | NOTICE of Association of Counsel associating attorney Michael Molano on behalf of Defendant Regents of the University of California. Filed by Defendant Regents of the University of California (Molano, Michael) (Entered: 05/30/2012) |
| 05/31/2012 | 86 | MINUTES OF Markman Hearing held before Judge Mariana R. Pfaelzer. The case is called and appearances are made. Court and counsel discuss the terms and claims at issue. The Court takes the matter under submission its order will follow. Court Reporter: Pat Cuneo. (cs) (Entered: 06/01/2012) |
| 06/01/2012 | 85 | TRANSCRIPT ORDER for date of proceedings 5/31/2012 to 5/31/2012 as to Plaintiffs Image-Based Surgicenter Corporation, NeuroGrafix, Neurography Institute Medical Associates Inc, Washington Research Foundation Court Reporter Patricia Cuneo. Court will contact Jenny Wong at jwong@raklaw.com with any questions regarding this order. Transcript portion requested: Other: Claim Construction Hearing 5/31/2012. Category: Expedited. Transcript preparation will not begin until payment has been satisfied with the court reporter/recorder. (Ung, Fredricka) (Entered: 06/01/2012) |
| 06/04/2012 | 87 | JOINT STIPULATION REGARDING THE PARTIES AGREED CONSTRUCTIONS FOR CERTAIN CLAIM TERMS AND MODIFICATIONS TO THEIR PROPOSED CONSTRUCTIONS AS TO OTHER CLAIM TERMS filed by Plaintiff NeuroGrafix (Fenster, Marc) (Entered: 06/04/2012) |
| 06/07/2012 | 88 | NOTICE of Change of Attorney Information for attorney Heather N Mewes counsel for Defendant Regents of the University of California.Heather N. Mewes is no longer attorney of record for the aforementioned party in this case for the reason indicated in the G-06 Notice. Filed by Defendant The Regents of the University of California (Mewes, Heather) (Entered: 06/07/2012) |
| 06/11/2012 | 89 | REQUEST to Substitute attorney Marc A. Fenster in place of attorney Bradley W. Gunning filed by PLAINTIFF NeuroGrafix. (Attachments: # 1 Proposed Order ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY)(Fenster, Marc) (Entered: 06/11/2012) |
| 06/13/2012 | 90 | CLAIM CONSTRUCTION ORDER by Judge Mariana R. Pfaelzer. The Court adopts the constructions set forth in this opinion for the disputed terms of the 360 Patent. These constructions shall govern all proceedings in this case. See order for details. (cs) (Entered: 06/13/2012) |
| 06/14/2012 | 91 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Answer to Intervenor Complaint, 82 . The following error(s) was found: L.R. 3-2* Filing of Initiating Documents. Complaints and other initiating documents (Counterclaims) in civil cases shall be filed and served in the traditional manner on paper rather than electronically. Please manually filed document no. 82. Also, no counterclaim parties were added to the case. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in |

| | | response to this notice unless and until the court directs you to do so. (lom) (Entered: 06/14/2012) |
|---|---|---|
| 06/14/2012 | 92 | MINUTES IN CHAMBER by Judge Mariana R. Pfaelzer. The Court Orders document 82 stricken. Plaintiffs are ordered to manually file their Answer and Counterclaim in compliance with the Local Rule 3-2. (lom) (Entered: 06/14/2012) |
| 06/14/2012 | 94 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Answer to Intervenor Complaint AND COUNTERCLAIM 82 . The following error(s) was found: L.R. 3-2 Filing of Initiating Documents. Complaints and other initiating documents (Counterclaims) in civil cases shall be filed and served in the traditional manner on paper rather than electronically. Please manually filed document no. 82. Also, no counterclaim parties were added to the case. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (lom) (Entered: 06/18/2012) |
| 06/15/2012 | 93 | ANSWER to Intervenor Complaint, 61 *NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., IMAGE-BASED SURGICENTER CORPORATION, AND WASHINGTON RESEARCH FOUNDATION'S ANSWER TO GENERAL ELECTRIC COMPANYS INTERVENOR COMPLAINT* filed by Plaintiff NeuroGrafix.(Weiss, Andrew) (Entered: 06/15/2012) |
| 06/15/2012 | 95 | COUNTERCLAIM against Counter Defendant General Electric Company; Demand for Jury Trial filed by Counterclaimants Neurography Institute Medical Associates Inc, NeuroGrafix, Image-Based Surgicenter Corporation, Washington Research Foundation. (lom) (lom). (Entered: 06/19/2012) |
| 06/15/2012 | 96 | ORDER by Judge Mariana R. Pfaelzer: granting 89 Request to Substitute Attorney Marc A Fenster for Washington Research Foundation, as attorney of record in place and stead of Bradley W. Gunning for Plaintiff Washington Research Foundation. (lom) (Entered: 06/20/2012) |
| 06/25/2012 | 97 | IN CHAMBER MINUTE ORDER Scheduling a Status Conference for Tuesday, July 10, 2012 at 1:30 PM before Judge Mariana R. Pfaelzer. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (cs) TEXT ONLY ENTRY (Entered: 06/25/2012) |
| 06/27/2012 | 98 | TRANSCRIPT for proceedings held on 5/31/2012 1:30 p.m. Court Reporter: PAT CUNEO, CSR 1600, website: www.patcuneo.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 7/18/2012. Redacted Transcript Deadline set for 7/28/2012. Release of Transcript Restriction set for 9/25/2012. (Cuneo, Patricia) (Entered: 06/27/2012) |
| 06/27/2012 | 99 | NOTICE OF FILING TRANSCRIPT filed for proceedings 5/31/2012 1:30 p.m. re Transcript 98 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (Cuneo, Patricia) TEXT ONLY ENTRY (Entered: 06/27/2012) |
| 07/02/2012 | 100 | *General Electric Company's* ANSWER *To Plaintiffs' Counterclaims* filed by Counter-Defendant General Electric Company.(Sklenar, Jennifer) (Entered: 07/02/2012) |

| 07/10/2012 | 108 | MINUTES OF Status Conference held before Judge Mariana R. Pfaelzer. The case is called and appearances are made. Court and counsel clarify the scope of (1) NeuroGrafixs infringement suit against UC and (2) GEs declaratory suit. The Court orders the parties to submit a proposed schedule including a trial date on or before July 16, 2012. Court Reporter: Wil Wilcox. (cs) (Entered: 08/02/2012) |
|---|---|---|
| 07/13/2012 | 101 | TRANSCRIPT for proceedings held on TUESDAY, JULY 10, 2012; 1:45 P.M. Court Reporter: Wil S. Wilcox, phone number 213-290-2849. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 8/3/2012. Redacted Transcript Deadline set for 8/13/2012. Release of Transcript Restriction set for 10/11/2012. (Wilcox, Wil) (Entered: 07/13/2012) |
| 07/13/2012 | 102 | NOTICE OF FILING TRANSCRIPT filed for proceedings TUESDAY, JULY 10, 2012; 1:45 P.M. re Transcript 101 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY.(Wilcox, Wil) TEXT ONLY ENTRY. (Entered: 07/13/2012) |
| 07/16/2012 | 103 | Joint STIPULATION for Order re Parties' Agreed Proposed Case Schedule filed by Plaintiff NeuroGrafix, Neurography Institute Medical Associates Inc, Washington Research Foundation. (Attachments: # 1 Proposed Order)(Fenster, Marc) (Entered: 07/16/2012) |
| 07/17/2012 | 104 | ORDER ORDER RE JOINT STIPULATION REGARDING THE PARTIES AGREED PROPOSED CASE SCHEDULE by Judge Mariana R. Pfaelzer, re Stipulation for Order 103 (pj) (Entered: 07/18/2012) |
| 07/23/2012 | 105 | NOTICE OF MOTION AND MOTION for Reconsideration filed by Plaintiff NeuroGrafix. Motion set for hearing on 8/27/2012 at 11:00 AM before Judge Mariana R. Pfaelzer. (Attachments: # 1 Proposed Order GRANTING PLAINTIFFS NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., IMAGE-BASED SURGICENTER CORPORATION, AND WASHINGTON RESEARCH FOUNDATIONS MOTION FOR RECONSIDERATION OF THE COURTS CONSTRUCTION OF PROCESSING AND PROCESSED)(Fenster, Marc) (Entered: 07/23/2012) |
| 07/23/2012 | 106 | DECLARATION of Fredricka Ung In Support Of MOTION for Reconsideration 105 filed by Plaintiff NeuroGrafix. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Ung, Fredricka) (Entered: 07/23/2012) |
| 07/31/2012 | 107 | MINUTES (IN CHAMBERS): ORDER by Judge Mariana R. Pfaelzer: DENYING 105 Neurografix's Motion for Reconsideration (pj) (Entered: 08/01/2012) |
| 08/15/2012 | 109 | NOTICE OF MOTION AND MOTION for Summary Judgment as to Non-Infringement and Invalidity filed by Intervenor-Plaintiff/Defendant General Electric Company, Regents of the University of California. Motion set for hearing on 12/17/2012 at 11:00 AM before Judge Mariana R. Pfaelzer. (Attachments: # 1 Proposed Judgment)(Sklenar, Jennifer) (Entered: 08/15/2012) |
| 08/15/2012 | 110 | MEMORANDUM in Support of MOTION for Summary Judgment as to Non-Infringement and Invalidity 109 filed by Intervenor Plaintiff General Electric Company, Defendant Regents of the University of California. (Sklenar, Jennifer) (Entered: 08/15/2012) |

| 08/15/2012 | 111 | STATEMENT of Uncontroverted Facts and Conclusions of Law MOTION for Summary Judgment as to Non-Infringement and Invalidity 109 filed by Intervenor Plaintiff General Electric Company, Defendant Regents of the University of California. (Sklenar, Jennifer) (Entered: 08/15/2012) |
| --- | --- | --- |
| 08/15/2012 | 112 | DECLARATION of Jennifer A. Sklenar in support of MOTION for Summary Judgment as to Non-Infringement and Invalidity 109 filed by Intervenor Plaintiff General Electric Company, Defendant Regents of the University of California. (Attachments: # 1 Exhibit A Transcript Aaron Filler Excerpts, # 2 Exhibit B US 5560360, # 3 Exhibit C Basser Recognition, # 4 Exhibit D Pltfs 1st Supplemental Infringement Contentions, # 5 Exhibit E Pltfs 1st Supplemental Infringement Contentions [Claim Chart], # 6 Exhibit F 2012-05-01 Markman hearing transcript, # 7 Exhibit G Claim Construction Order, # 8 Exhibit H Basser ISMRM 1992 Abstracts, # 9 Exhibit I US 5539310, # 10 Exhibit J MPEP 608_01p August 1993)(Sklenar, Jennifer) (Entered: 08/15/2012) |
| 08/15/2012 | 113 | DECLARATION of Dr. Michael Moseley in support of MOTION for Summary Judgment as to Non-Infringement and Invalidity 109 filed by Intervenor Plaintiff General Electric Company, Defendant Regents of the University of California. (Sklenar, Jennifer) (Entered: 08/15/2012) |
| 08/15/2012 | 114 | DECLARATION of Jason Polzin in support of MOTION for Summary Judgment as to Non-Infringement and Invalidity 109 filed by Intervenor Plaintiff General Electric Company, Defendant Regents of the University of California. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Sklenar, Jennifer) Modified on 8/16/2012 (cs). (Entered: 08/15/2012) |
| 08/15/2012 | 115 | DECLARATION of J. Pablo Villablanca, M.D. in support of MOTION for Summary Judgment as to Non-Infringement and Invalidity 109 filed by Intervenor Plaintiff General Electric Company, Defendant Regents of the University of California. (Sklenar, Jennifer) (Entered: 08/15/2012) |
| 08/15/2012 | 116 | DECLARATION of Mark Hamamura, Ph.D. in support of MOTION for Summary Judgment as to Non-Infringement and Invalidity 109 filed by Intervenor Plaintiff General Electric Company, Defendant Regents of the University of California. (Sklenar, Jennifer) (Entered: 08/15/2012) |
| 08/15/2012 | 117 | DECLARATION of Jennifer Berry in support of MOTION for Summary Judgment as to Non-Infringement and Invalidity 109 filed by Intervenor Plaintiff General Electric Company, Defendant Regents of the University of California. (Sklenar, Jennifer) (Entered: 08/15/2012) |
| 08/15/2012 | 118 | DECLARATION of J. Gregory Davis in support of MOTION for Summary Judgment as to Non-Infringement and Invalidity 109 filed by Intervenor Plaintiff General Electric Company, Defendant Regents of the University of California. (Sklenar, Jennifer) (Entered: 08/15/2012) |
| 08/15/2012 | 119 | DECLARATION of Robert Gould, Sc.D. in support of MOTION for Summary Judgment as to Non-Infringement and Invalidity 109 filed by Defendant Regents of the University of California. (Sklenar, Jennifer) (Entered: 08/15/2012) |
| 08/15/2012 | 120 | DECLARATION of Dharmendra Patel in support of MOTION for Summary Judgment as to Non-Infringement and Invalidity 109 filed by Intervenor Plaintiff General Electric Company, Defendant Regents of the University of California. (Sklenar, |

| | | Jennifer) (Entered: 08/15/2012) |
|---|---|---|
| 08/15/2012 | 121 | DECLARATION of Arthur W. Toga, Ph.D. in support of MOTION for Summary Judgment as to Non-Infringement and Invalidity 109 filed by Intervenor Plaintiff General Electric Company, Defendant Regents of the University of California. (Sklenar, Jennifer) (Entered: 08/15/2012) |
| 08/15/2012 | 122 | DECLARATION of Ronald Holthuizen in support of MOTION for Summary Judgment as to Non-Infringement and Invalidity 109 filed by Intervenor Plaintiff General Electric Company, Defendant Regents of the University of California. (Sklenar, Jennifer) (Entered: 08/15/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/22/2012 11:45:31 | | | |
| **PACER Login:** | mb0951 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:11-cv-07591-MRP-RZ End date: 8/22/2012 |
| **Billable Pages:** | 19 | **Cost:** | 1.90 |