**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NEUROGRAFIX, a California corporation; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., a California corporation; and IMAGE-BASED SURGICENTER CORPORATION, a California corporation,<br><br>   Plaintiffs-Counter Defendants,<br><br>  v.<br><br>PHILIPS ELECTRONICS NORTH AMERICA CORPORATION d/b/a PHILIPS MEDICAL SYSTEMS NORTH AMERICA, a Delaware Corporation; INVIVO CORPORATION, a Delaware corporation; PHILIPS MEDICAL SYSTEMS NEDERLAND B.V., a Dutch corporation; KONINKLIJKE PHILIPS ELECTRONICS N.V., a Dutch corporation; and PHILIPS HEALTHCARE INFORMATICS, INC., a Delaware corporation,<br><br>   Defendants-Counter Plaintiffs. | Civil Action No. 1:12-cv-11065-RGS<br><br>**Jury Trial Demanded** |

**MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF
PHILIPS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

705209826

On January 31, 2013, defendants Philips Electronics North America Corporation, Invivo Corporation, Philips Medical Systems Nederland B.V., Koninklijke Philips Electronics N.V., and Philips Healthcare Informatics, Inc. (collectively, "Philips") filed a Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(7) (the "Motion").

On February 14, 2013, plaintiffs NeuroGrafix, Neurography Institute Medical Associates, Inc. and Image-Based Surgicenter Corporation's (collectively, "Plaintiffs") filed their Opposition to the Motion.

Pursuant to Local Rule 7.1(b)(3), Philips moves for leave to file a Reply on the ground that Plaintiffs' Opposition introduces new evidence to which Philips has not yet responded. This new evidence is in the form of 19-year-old letters and a Declaration from a third party, John Reagh, who works for Washington Research Foundation ("WRF"), testifying about events that occurred 19 years ago with respect to the Technology Administration Agreement ("TAA") entered into by WRF, the University of Washington, and St. George's Hospital Medical School. Plaintiffs admit in their Opposition (page 3 n.3) that WRF needed to perform a "diligent search" to find such 19-year-old papers. Philips requests the opportunity to respond to the statements made by Mr. Reagh about the intent of the three parties to the TAA, even though Mr. Reagh represented only one of the three parties to the TAA. These statements contradict the explicit wording of the TAA, lack personal knowledge, and constitute hearsay.

Philips also moves for leave to file a Reply because Plaintiffs' Opposition misconstrues the facts and holdings of two opinions, *Dexas Int'l, Ltd. v. Tung Yung Int'l (USA) Inc.*, No. 6:07-cv-334, 2009 U.S. Dist. LEXIS 34766 (E.D. Tex. Feb. 25, 2009), and *Aspex Eyewear, Inc. v. Miracle Optics, Inc.*, 434 F.3d 1336 (Fed. Cir. 2006), and mistakenly relies on the holding of a third opinion, *NeuroGrafix v. Regents of University of California*, No. 2:11-cv-07591-MRP-RZ

(Dkt. No. 37) (C.D. Cal. Jan. 4, 2012), which also considered the lack of standing of the NeuroGrafix parties.

Philips believes that a Reply will assist the Court in resolving the issues presented by the Motion, and respectfully requests that the Court permit Philips to file a Reply within seven days after the Court issues an Order granting this motion.

Respectfully submitted,

Dated: February 15, 2013

> By: /s/ Jeremy Evans
> Michael A. Molano (*Pro Hac Vice*)
> MAYER BROWN LLP
> Two Palo Alto Square, Suite 300
> 3000 El Camino Real,
> Palo Alto, CA 94306-2112
> Telephone: (650) 331-2000
> Facsimile: (650) 331-2060
>
> Claire Laporte (BBO#554979)
> Jeremy Evans (BBO# 661048)
> FOLEY HOAG LLP
> Seaport World Trade Center West
> 155 Seaport Boulevard
> Boston, MA 02210-2600
> Telephone: (617) 832-1210
> Facsimile: (617) 832-7000
>
> *Attorneys for Defendants, PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, a Delaware corporation; INVIVO CORPORATION, a Delaware corporation; PHILIPS MEDICAL SYSTEMS NEDERLAND B.V. a Dutch corporation; KONINKLIJKE PHILIPS ELECTRONICS N.V., a Dutch corporation; and PHILIPS HEALTHCARE INFORMATICS, INC., a Delaware corporation.*

## **CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I have conferred with counsel for each party and have attempted in good faith to resolve or narrow the issues presented in this motion, and that no party opposes the relief sought in this motion.

Date:   February 15, 2013                                                          /s/ Jeremy Evans
                                                                                                       Jeremy Evans

## **CERTIFICATE OF SERVICE**

I, Jeremy Evans, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on the date of filing.

Date:   February 15, 2013                                                          /s/ Jeremy Evans
                                                                                                       Jeremy Evans